UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:14-cv-0287 DAD P |
| Plaintiff, | |
| v. | ORDER |
| TIM VIRGA, et al., | |
| Defendants. | |

Plaintiff has requested a ninety-day extension of time to file an amended complaint pursuant to the court's order of August 13, 2014.  Good cause appearing, the court will grant plaintiff's request in part and allow him forty-five days to file an amended complaint.  As the court previously advised plaintiff, Rule 8 of the Federal Rules of Civil Procedure only requires a short and plain statement of his claims showing that he is entitled to relief.  See Fed. R. Civ. P. 8(a)(2).

In plaintiff's request, he also expresses concern over not being able to identify defendant John Doe by his actual name and seeks the court's assistance.  Plaintiff is advised that once the court determines that plaintiff's complaint states a cognizable claim for relief and the named defendants appear in this action, plaintiff will have an opportunity through discovery to identify the unknown defendant.  See Wakefield v. Thompson, 177 F.3d 1160, 1163 (9th Cir. 1999).

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an amended complaint (Doc. No. 10) is granted in part; and

2. Plaintiff is granted forty-five days from the date of service of this order in which to file an amended complaint.

Dated: September 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
aver0287.36amc