UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>            Plaintiff,<br><br>      v.<br><br>TIM VIRGA, et al.,<br><br>            Defendants. | No.  2:14-cv-0287 DAD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  December 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
aver0287.59